| United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lenny Perry's Produce Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Lenny Perry's Produce** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**51-0504847** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**102 Smith Street**<br>**Buffalo, NY**<br>ZIP Code **14210** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Erie** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,        ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as              business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lenny Perry's Produce Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**Leonard R. Perry** | Case Number: | Date Filed:<br>**1/27/09** |
|---|---|---|
| District:<br>**Western District of New York** | Relationship:<br>**Sole Officer & Shareholder** | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Lenny Perry's Produce Inc.**

### Signatures

| | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Robert R. Radel**
Signature of Attorney for Debtor(s)

**Robert R. Radel**
Printed Name of Attorney for Debtor(s)

**Robert R. Radel, Attorney At Law**
Firm Name

**88 West Utica Street**
**Buffalo, New York 14209**

_____
Address

**Email: RobertRRadelEsq@MSN.com**
**(716) 883-4800  Fax: (716) 883-8415**
Telephone Number

**January 27, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Leonard Perry**
Signature of Authorized Individual

**Leonard Perry**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**January 27, 2009**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

In re    **Lenny Perry's Produce Inc.** _____ ,     Case No. _____

                           Debtor

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 8 | 435,532.96 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 50,277.04 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 2,122.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 1,638,519.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 45 | | | |
| Total Assets | | | 435,532.96 | | |
| Total Liabilities | | | | 1,690,919.20 | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

.

# United States Bankruptcy Court
## Western District of New York

In re    **Lenny Perry's Produce Inc.** _____,     Case No. _____

                                                  Debtor

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Lenny Perry's Produce Inc.**                  ,    Case No. _____

                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

<u>  0  </u> continuation sheets attached to the Schedule of Real Property        (Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re __Lenny Perry's Produce Inc._____,    Case No. _____
                                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

    **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on hand** | - | **100.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HSBC Checking Account (-negative balance)** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Digital Camera (5 years old)** | - | **35.00** |
| | | | **12 gauge shotgun (used)** | - | **50.00** |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | |
|---|---|
| Sub-Total > | **185.00** |
| (Total of this page) | |

  __3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** _____, Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable List - See Exhibit A** | - | 391,312.96 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > 391,312.96
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Lenny Perry's Produce Inc.**                                      ,     Case No. _____
_____
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 GMC Truck, 158,000 miles | - | 3,500.00 |
| | | 2004 Mitsubishi Truck, 88,000 miles | - | 39,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 2 office chairs | - | 40.00 |
| | | 2 computers (1 year old and 4 years old) | - | 200.00 |
| | | Lap top computer (1 year old) | - | 200.00 |
| | | 3 adding machines | - | 15.00 |
| | | credit card swiping machine | - | 10.00 |
| | | Check swiping machine | - | 75.00 |
| | | Electric heater | - | 10.00 |
| | | Fax machine | - | 50.00 |
| | | Copy machine | - | 100.00 |
| | | Miscellaneous office supplies - pens, paperclips, etc. | - | 5.00 |
| | | 2 File cabinets | - | 30.00 |

|  | Sub-Total > | 43,235.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                  Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**                          ,        Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Jacks (4 x $200.00)** | - | 800.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 800.00 |
| (Total of this page) | |
| Total > | 435,532.96 |

(Report also on Summary of Schedules)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

## EXHIBIT A – ACCOUNTS RECEIVABLE

| Name & Address | Amount Owed |
|---|---|
| Andrea Haxton dba A & Es Goods<br>297 Ridge Road, Lackawanna, NY 14218 | $370.68 |
| Abdikadir Mberwa dba Yasin Market<br>1044 Grant Street, Buffalo, NY 14207 | $28.00 |
| Abdul M. Ahmed<br>PO Box 82, Lackawanna, NY 14218 | $30.00 |
| Archie Owrey<br>396 Frankhauser Road, Buffalo, NY 14221 | $9,143.52 |
| Avanti Pizza<br>500 Main Street, Medina, NY 14103 | $2,219.35 |
| Buckwheat Florist & Greenhouse<br>PO Box 82, Chaffee, NY 14030 | $1,058.75 |
| Caruso Imports<br>1212 Hertel Avenue, Buffalo, NY 14216 | $134.60 |
| 5 de Mayo aka Cinco de Mayo<br>3870 Union Road, Cheektowaga, NY 14225 | $32.75 |
| Community Foods<br>532 Walden Avenue, Buffalo, NY 14211 | $64.70 |
| Corfu IGA<br>1 Corfu Plaza, PO Box 246, Corfu, NY 14036 | $181.21 |
| Dale Passarell<br>Lori's Market Basket<br>17 White Street, Holley, NY  14470 | $6,923.90 |
| *Dan Majeski Nurseries & Garden Center, Inc.<br>117 French Road, Inc.<br>117 French Road, West Seneca, NY  14224 | $1,511.30 |
| Dan Majeski Nurseries & Garden Center, Inc.<br>117 French Road, Inc.<br>117 French Road, West Seneca, NY  14224 | $934.50 |
| James Desidero Inc.<br>550 Bailey Avenue, Buffalo, NY 14206 | $60.00 |
| East End Grill<br>701 Main Street, East Aurora, NY 14052 | $75.00 |

| | |
|---|---|
| El Canelo Restaurant<br>431 Dingens Street, Buffalo, NY 14206 | $253.50 |
| Elma Deli<br>2331 Bowen Road, PO Box 92, Elma, NY 14059 | $327.55 |
| Colleen Bugman (employee)<br>5430 South Park Avenue, Hamburg, NY 14075 | $539.00 |
| Jim Patrick (employee)<br>122 Robinson Street, North Tonawanda, NY 14120 | $546.35 |
| Ernie Weber's Beef-N-Ale, Incorporated<br>3167 South Park Avenue, Lackawanna, NY 14218 | $33.25 |
| Farm Fresh Foods<br>194 Fluvanna Avenue, Jamestown, NY 14701 | $2,375.48 |
| Philip M. Frassetto dba F&F Wholesale<br>187 Kennedy Circle, Rochester, NY 14609 | $1,454.60 |
| ***Fresh Kut Produce, LLC<br>4510 Smith Road, Marion, NY 14505 | $10,354.80 |
| Galeton IGA<br>28 West Street, Galeton, PA 16922 | $221.01 |
| Genecco Produce<br>1850 Rochester Road, Canandaigua, NY 14424 | $204,774.88 |
| Glenn Sanger dba Glenn Sanger Farms<br>852 Lockport Road, Youngstown, NY 14174 | $48.00 |
| Great American Food Service<br>PO Box 2986, Buffalo, NY 14240-2986 | $4,714.50 |
| Greenfield Manor<br>5953 Broadway, Lancaster, NY 14086 | $20.00 |
| Dick Haberger or Joe Haberger<br>Haberger Farms<br>812 Walker Lake Ontario Road, Hilton, NY 14468 | $7,633.54 |
| Hal Hurlburt<br>PO Box 936, Hornell, NY 14843 | $5,547.70 |
| Jubilee<br>3870 Harlem Road, Buffalo, NY 14225 | $247.00 |
| Shawn Huntington dba Huntington Farms<br>3488 Drum Road, Middleport, NY 14105 | $145.50 |

IGA Town & Garden                                          $95.90
449 William Street, Buffalo, NY 14204

Island Farm Market                                         $557.65
2920 Grand Island Blvd., Grand Island, NY 14072

Scott Kern                                                 $16,393.67
7660 Alleghany Road, Basom, NY 14013

Langfield Food & Meat Market                               $90.35
313 Weston Avenue, Buffalo, NY 14206

Lou Gray                                                   $6,987.70
21 Saddleback Trail, Rochester, NY 14624

Realmonte, Inc. dba M&T Onion Sales                        $1,083.06
PO Box 504, Elba, NY 14058

*411 Maryvale Inc. dba Market Place at the Heights         $2,455.85
411 Maryvale Drive, Cheektowaga, NY 14225

Riverside Market Place                                     $76.70
740 Tonawanda Street, Buffalo, NY 14207

Marvin Snyder                                              $100.50
12931 Versailles Road, Irving, NY 14081

Brian Monahan                                              $150.00
2778 Youngstown Lockport Road, Ransomville, NY 14131

*Freshco Foods, Inc. and                                   $2,761.60
Frank Morabito
147 Pacecrest Court, West Seneca, NY 14224

P & T                                                      $2,412.00
PO Box 504, Elba, NY 14058

Paul Young                                                 $1,719.50
2607 Bailey Avenue, Buffalo, NY 14215

Tom Pellegrino                                             $4,613.00
434 Conewango Avenue, Warren, PA 16365-1676

Peter Eid and Peter R. Eid Produce                         $159.25
6 Nina Terrace, West Seneca, NY 14224

Jubilee                                                    $902.11
50 W. Mill Street, Port Allegany, PA 16743

Rochester Food Provisions, Inc. dba Produce Plus           $63,582.51
60 Public Market, Rochester, NY 14609

| | |
|---|---|
| Quality Market<br>150 Prospect Street, Attica, NY 14011 | $633.50 |
| Quality Market<br>5274 Main Street, Williamsville, NY 14221 | $1,375.52 |
| Rick Rhinehart<br>5679 State Road, Lockport, NY 14094 | $606.00 |
| *Ronald Nowaczewski Sr. dba Ron's Fruit Market<br>541 Fillmore Avenue, Buffalo, NY 14212 | $16,436.50 |
| **SM & JJ Enterprises Inc. dba<br>Sammy's Floral Fruit & Gourmet Creation<br>300 Kenmore Avenue, Buffalo, NY 14223 | $3,119.27 |
| Slavic Bazzar<br>1550 William Street, Buffalo, NY 14206 | $627.00 |
| Scott Christ<br>16561 Phillips Road, Holley, NY 14470 | $1,067.00 |
| Steve's Meat Inc.<br>1314 East Delavan, Buffalo, NY 14215 | $609.00 |
| Ashtar Enterprises, Inc. (Super Bazaar)<br>3218 Sheridan Drive, Amherst, NY 14226 | $192.20 |
| The Washington Market<br>461 Ellicott Street, Buffalo, NY 14203 | $35.00 |
| Tom Dossett dba Twice Baked Potatoes<br>1920 Girdle Road, Elma, NY 14059 | $302.50 |
| Vito's Country Market, Inc.<br>6472 Southwestern Blvd., Lakeview, NY 14085 | $57.20 |
| John A. Watson<br>7605 East River Road, Rush, NY 14543 | $106.00 |

**TOTAL RECEIVABLES**     **$391,312.96**

*       Judgments obtained against these debtors
**      Lawsuit filed and pending against this debtor
***     PACA decision for this amount

In re __Lenny Perry's Produce Inc.__                                    ,     Case No. _____

                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **2004** | | | | **2004** | | | | | |
| **Hitachi** **21925 Network Place** **Chicago, IL 60673-1219** | | | | **Purchase Money Security** **2004 Mitsubishi Truck, 88,000 miles** | | | | | |
| | | | | Value $                **39,000.00** | | | | **49,277.04** | **10,277.04** |
| Account No. | | | | **2008** | | | | | |
| **Scott's Diesel Solutions, Inc.** **2298 Kenmore Avenue** **Buffalo, NY 14207** | | - | | **garageman's lien** **1996 GMC Truck, 158,000 miles** | | | | | |
| | | | | Value $                **3,500.00** | | | | **1,000.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

**_0_**  continuation sheets attached

|  |  |  |
|---|---|---|
| | Subtotal (Total of this page) | **50,277.04** | **10,277.04** |
| | Total (Report on Summary of Schedules) | **50,277.04** | **10,277.04** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re __Lenny Perry's Produce Inc.__ ,      Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1   continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** _____, Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xx-xxxxxxx xth qtr 2008** IRS PO Box 21126 Philadelphia, PA 19114 | - | | | 2008 FICA - federal withholding | | | | 1,427.05 | 0.00 1,427.05 |
| Account No. **xx-xxx4847** IRS PO Box 21126 Philadelphia, PA 19114 | - | | | 2008 Federal Unemployment Tax | | | | 256.96 | 0.00 256.96 |
| Account No. **xx-xxxxxxx xth qtr 2008** NYS Dept of Tax & Finance Bankruptcy Unit PO Box 5300 Albany, NY 12205-0300 | - | | | 2008 NYS Unemployment and income tax quarterly combined | | | | 438.36 | 0.00 438.36 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 2,122.37 | 2,122.37 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 2,122.37 | 2,122.37 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re      **Lenny Perry's Produce Inc.**                                    ,      Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.                                2008 | | | | | 2008 | | | | |
| Aaron, Dautch, Sternberg & Lawson, LLP<br>43 Court Street<br>Suite 730<br>Buffalo, NY 14202 | - | | | | Attorneys for Britiotta's Farmland and for DeCarolis Truck Rental | | | X | 1.00 |
| Account No. | | | | | 2008<br>Insurance | | | | |
| AIG<br>22427 Network Place<br>Chicago, IL 60673-1224 | | | | | | | | | 5,642.00 |
| Account No. | | | | | 2008<br>Goods and services | | | | |
| AIM National Lease<br>25 Dingens Street<br>Buffalo, NY 14206 | - | | | | | | | | 1,356.29 |
| Account No. | | | | | 2008<br>Goods and services | | | | |
| Albert's Refrigeration<br>278 Schwartz Road<br>Lancaster, NY 14086 | - | | | | | | | | 1,446.48 |
| __30__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 8,445.77 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037      S/N:31145-081118   Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**                                    ,  Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Goods and services | | | | |
| All State Packers PO Box 350 Lodi, CA 95241 | - | | | | | | | | 4,775.20 |
| Account No. | | | | | 2007 Goods and services | | | X | |
| Amco Produce 523 Wilkinson Drive PO Box 61 Leamington, Ontario N8H 1A6 Canada | - | | | | | | | | 9,443.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Badding Bros. 10850 Transit Road East Amherst, NY 14051 | - | | | | | | | | 295.70 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Big M Service Trucking Inc. 1287 Tanglewood Drive North Tonawanda, NY 14120 | - | | | | | | | | 2,378.75 |
| Account No. | | | | | 2008 Goods and services | | | X | |
| Bland Farms 1126 Raymond Blond Road Glennville, GA 30427 | - | | | | | | | | 2,112.00 |

Sheet no. __1__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **19,004.65**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re __Lenny Perry's Produce Inc._____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Blue Book Services**<br>**845 E. Geneva Road**<br>**Carol Stream, IL 60188-3520** | - | | 2008<br>Collector for J & J Produce and for Four Winds Truck Brokers | | | X | 1.00 |
| Account No.<br><br>**Boulevard Produce**<br>**655 Young Street**<br>**Tonawanda, NY 14150** | - | | 2008<br>Goods and services | | | | 4,064.50 |
| Account No.<br><br>**Bowman Farms**<br>**11259 Gowanda State Road**<br>**North Collins, NY 14111** | - | | 2008<br>Goods and services | | | | 31,585.50 |
| Account No.<br><br>**Boylan Brown etal**<br>**2400 Chase Square**<br>**Rochester, NY 14604** | - | | 2007<br>Attorneys for Leonard's Express, Inc. | | | X | 1.00 |
| Account No.<br><br>**Bradley Transportation**<br>**4424 E. Ky. St.**<br>**Tucson, AZ 85714** | - | | 2008<br>Goods and services | | | | 3,270.00 |

Sheet no. __2___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 38,922.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re __Lenny Perry's Produce Inc._____,    Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brigiotta Farmland**<br>**410-414 Fairmont Avenue**<br>**Jamestown, NY 14701** | - | | 2008<br>**Goods and services** | | | X | 1.00 |
| Account No.<br><br>**Brooks Tropicals Inc.**<br>**18400 S. W. 256 TK Street**<br>**PO Box 900160**<br>**Homestead, FL 33090** | - | | 2008<br>**Goods and services** | | | | 2,800.00 |
| Account No.<br><br>**Buccolo Cold Storage, Inc.**<br>**dba Niagara Fresh Fruit**<br>**5796 Wilson-Burt Road**<br>**Burt, NY 14028** | - | | 2008<br>**Goods and services** | | | | 5,020.00 |
| Account No.<br><br>**Buffalo Truck Leasing**<br>**271 Dingens Street**<br>**Buffalo, NY 14206** | - | | 2008<br>**Goods and services** | | | | 1,148.07 |
| Account No.<br><br>**Bulan Chiari Horwitz & Ilecki LLP**<br>**1321 Millersport Hwy**<br>**Suite 101**<br>**Buffalo, NY 14221** | - | | 2008<br>**Attorneys for Niagara Frontier Food Terminal, Inc.** | | | X | 1.00 |

Sheet no. __3___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    **8,970.07**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**                                                           ,  Case No. _____
                                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | |
| **Burch Farms** **PO Box 389** **685 Burch Road** **Faison, NC 28341** | - | | **Goods and services** | | | | 21,871.50 |
| Account No. | | | 2008 | | | | |
| **Carl Meyers** **3604 Upper Mountain Road** **Sanborn, NY 14132** | - | | **Goods and services** | | | | 63.50 |
| Account No. | | | 2008 | | | | |
| **CBS Express Freight Inc.** **PO Box 41** **Eden, NY 14057** | - | | **Goods and services** | | | | 9,595.00 |
| Account No. | | | 2008 | | | | |
| **Centre Maraicher** **555 Rang 4** **Sainte Clotilde Quebec J0L 1N0** **Canada** | - | | **Goods and services** | | | | 17,767.25 |
| Account No. | | | 2008 | | | | |
| **Chudy Paper** **930 Bailey Avenue** **Buffalo, NY 14206** | - | | **Goods and services** | | | | 221.19 |

Sheet no. __4___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**49,518.44**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

In re __Lenny Perry's Produce Inc._____,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Goods and services | | | | |
| CJ Prettyman PO Box 665 Exmore, VA 23350 | - | | | | | | | | 8,500.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Colby Homestead Farms Inc. 263 Colby Street Spencerport, NY 14559-9760 | - | | | | | | | | 27,807.66 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Commercial Capital Lending LLC PO Box 41047 Baton Rouge, LA 70835 | - | | | | | | | | 12,659.30 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Crown Harvest Produce Sales LLC 2811 Airport Road Plant City, FL 33563 | - | | | | | | | X | 5,261.45 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Crystal Rock PO Box 10028 Waterbury, CT 06725-0028 | - | | | | | | | | 31.52 |

Sheet no. __5___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            54,259.93

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re __**Lenny Perry's Produce Inc.**_____,  Case No. _____

                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Goods and services | | | | |
| Dan Tower 1647 Youngstown Road Youngstown, NY 14174 | | - | | | | | | | |
| | | | | | | | | | 215.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Dave Blair 3060 Bullis Road Elma, NY 14059 | | - | | | | | | | |
| | | | | | | | | | 2,588.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Dean Tucker Farms Produce Inc. PO Box 774 Sumner, GA 31789 | | - | | | | | | X | |
| | | | | | | | | | 34,474.38 |
| Account No. | | | | | 2008 Goods and services | | | | |
| DeCarolis Truck Rental 333 Colbox Street Rochester, NY 14606-3188 | | - | | | | | | X | |
| | | | | | | | | | 2,635.29 |
| Account No. | | | | | 2008 Goods and services | | | | |
| DeConick Farms 255 Pine Hill Road Spencerport, NY 14559 | | - | | | | | | | |
| | | | | | | | | | 2,113.00 |

Sheet no. __**6**___ of __**30**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              42,025.67

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**                                         ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Credit account | | | | |
| **Dell Business Credit Payment Processing Center PO Box 5275 Carol Stream, IL 60197-5275** | - | | | | | | | | |
| | | | | | | | | | 3,771.32 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **Diel Jerue Inc. 3200 Flightline Drive Suite 202 Lakeland, FL 33811-2807** | - | | | | | | | | |
| | | | | | | | | | 1,027.65 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **Domey Farms 3291 Drake Street Rd. Oakfield, NY 14125** | - | | | | | | | | |
| | | | | | | | | | 450.60 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **Don Bentley 10699 Waterbury Lyndonville, NY 14098** | - | | | | | | | | |
| | | | | | | | | | 988.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **Double Down 117 Roycroft Blvd. Buffalo, NY 14226** | - | | | | | | | | |
| | | | | | | | | | 1,990.00 |

Sheet no. _**7**___ of _**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **8,227.57**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**                                   ,          Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**E.D. Farrell Co. Inc.**<br>**PO Box 74387**<br>**Cleveland, OH 44194-4387** | - | | **2008**<br>**Goods and services** | | | | 7,079.04 |
| Account No.<br><br>**Eagle Fruit Traders LLC**<br>**314 Main Street**<br>**Unit 108**<br>**Wilmington, MA 01887** | - | | **2008**<br>**Goods and services** | | | | 29,298.36 |
| Account No.<br><br>**Eastern Oregon Produce**<br>**2445 12th Ave. East**<br>**Vale, OR 97918** | - | | **2008**<br>**Goods and services** | | | | 11,716.00 |
| Account No.<br><br>**Ebenezer Florist & Greenhouse**<br>**1347 Union Road**<br>**Buffalo, NY 14224** | - | | **2008**<br>**Goods and services** | | | | 180.00 |
| Account No.<br><br>**Eden Vally Growers**<br>**7502 North Gowanda State Road**<br>**PO Box 39**<br>**Eden, NY 14057** | - | | **2008**<br>**Goods and services** | | | | 7,668.40 |

Sheet no. __8__ of __30__ sheets attached to Schedule of          Subtotal          | 55,941.80 |
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re __Lenny Perry's Produce Inc._____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Goods and services | | | | |
| **Ellis Fruit Farm** **4272 Lower Mountain Road** **Lockport, NY 14094** | - | | | | | | | | 234.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **ESSA Transport LLC** **660 Howard Street** **Buffalo, NY 14206** | - | | | | | | | | 5,865.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **Evan Schiedel** **10345 West Side Hill Road** **Ripley, NY 14775** | - | | | | | | | | 1,200.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **Exeter Produce** **215 Thames Rd. W.** **Exeter, Ontario N0M 1S3 Canada** | - | | | | | | | | 13,652.50 |
| Account No. | | | | | 2008 Goods and services | | | | |
| **F&D Brokerage of Buffalo Inc.** **PO Box 1042** **Buffalo, NY 14240-1042** | - | | | | | | | | 1,077.00 |

Sheet no. __9___ of __30__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          22,028.50

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                          Best Case Bankruptcy

In re    **Lenny Perry's Produce Inc.**                                                            ,    Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2008 Goods and services | | | | |
| **Fish Farms** **4494 Mountain Payne Road** **Shortsville, NY 14548** | - | | | | | | | 7,295.50 |
| Account No. | | | | 2008 Goods and services | | | | |
| **Fortune Growers** **PO Box 957585** **Hoffman Estates, IL 60195-7585** | - | | | | | | | 2,407.00 |
| Account No. | | | | 2008 Goods and services | | | | |
| **Four Winds Truck Brokers Inc.** **PO Box 603** **1160 SW 9th Ave.** **Ontario, OR 97914** | - | | | | | | | 4,100.00 |
| Account No. | | | | 2008 Goods and services | | | | |
| **Frank Minardo Inc.** **PO Box 20457** **Mesa, AZ 85277-0457** | - | | | | | | | 7,878.91 |
| Account No. | | | | 2008 Goods and services | | | | |
| **Freatman Farms** **3699 North Ridge Road** **Lockport, NY 14094** | - | | | | | | | 1,726.00 |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,407.41**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** _____ , Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Goods and services | | | | |
| Fresh Start Marketing LLC 2601 Macklind Avenue Saint Louis, MO 63139 | | - | | | | | X | |
| | | | | | | | | 5,460.00 |
| Account No. | | | | 2008 Goods and services | | | | |
| Gemco Produce PO Box 6720 Nogales, AZ 85628 | | - | | | | | | |
| | | | | | | | | 3,519.00 |
| Account No. | | | | 2008 Goods and services | | | | |
| Gene Demeyer 182 Butcher Road Hilton, NY 14468 | | - | | | | | | |
| | | | | | | | | 220.00 |
| Account No. | | | | 2008 Goods and services | | | | |
| Genecco Produce 1850 Rochester Road Canandaigua, NY 14424 | | - | | | | | | |
| | | | | | | | | 263,061.92 |
| Account No. | | | | 2008 Attorneys for AIM Leasing | | | | |
| Getman Biryla, LLP 800 Rand Building 14 Lafayette Square Buffalo, NY 14203 | | - | | | | | X | |
| | | | | | | | | 1.00 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 272,261.92 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Global Payments<br>10705 Red Run Boulevard<br>Owings Mills, MD 21117-5134** | | - | | **2008<br>Credit Card** | | | | 82.50 |
| Account No.<br><br>**Hagerty & Brady<br>69 Delaware Avenue<br>Suite 1010<br>Buffalo, NY 14202** | | - | | **2008<br>Attorneys for Kenneth Alexander Produce Sales, LLC dba Alexander Produce Sales and for Weis-Buy Farms, Inc.** | | | X | 1.00 |
| Account No.<br><br>**Halfmoon Express, Inc.<br>1323 W. Chateau Ave.<br>Anaheim, CA 92802-1723** | | - | | **2008<br>Goods and services** | | | | 1,635.00 |
| Account No.<br><br>**Halls Produce<br>5118 Route 219<br>Great Valley, NY 14741** | | - | | **2008<br>Goods and serices** | | | | 1,881.79 |
| Account No.<br><br>**Halstead Vegetable Farm<br>3504 Beebe Road<br>Newfane, NY 14108** | | - | | **2008<br>Goods and services** | | | | 42.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 3,642.29

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __Lenny Perry's Produce Inc._____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 | | | | |
| Health Works WNY, LLP 14973 Collections Center Drive Chicago, IL 60693 | - | | | Goods and services | | | | |
| | | | | | | | | 300.00 |
| Account No. | | | | 2008 | | | | |
| Hernoor Orchards LLC 877 Robin Road Buffalo, NY 14228 | - | | | Goods and services | | | | |
| | | | | | | | | 7,184.45 |
| Account No. | | | | 2004-2008 | | | | |
| HSBC Bank PO Box 4023 Buffalo, NY 14240-4023 | | | | Line of Credit | | | | |
| | | | | | | | | 146,875.05 |
| Account No. | | | | 2004-2008 | | | | |
| HSBC Bank PO Box 4023 Buffalo, NY 14240-4023 | - | | | Loan | | | | |
| | | | | | | | | 23,812.00 |
| Account No. | | | | 2004-2008 | | | | |
| HSBC Bank PO Box 4023 Buffalo, NY 14240-4023 | - | | | Credit card | | | | |
| | | | | | | | | 10,113.60 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

188,285.10

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**_____,   Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. | | | | | 2004-2008 Loan | | | | |
| HSBC Bank PO Box 4023 Buffalo, NY 14240-4023 | - | | | | | | | | |
| | | | | | | | | | 25,842.78 |
| Account No. | | | | | 2004-2008 Credit card | | | | |
| HSBC Bank PO Box 4023 Buffalo, NY 14240-4023 | - | | | | | | | | |
| | | | | | | | | | 59.99 |
| Account No. | | | | | 2008 Goods and services | | | | |
| I Love Produce LLC PO Box 140 Kelton, PA 19346-6140 | - | | | | | | | X | |
| | | | | | | | | | 7,246.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Ian Forbes PO Box 159 Versailles, NY 14168 | - | | | | | | | | |
| | | | | | | | | | 69.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Irish Propane Corp. PO Box 409 Buffalo, NY 14212-0409 | - | | | | | | | | |
| | | | | | | | | | 56.89 |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,274.66**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** ,　　　Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | J C | | | | | |
| Account No. | | | | | 2007 Goods and services | | | | |
| J&J Produce 4003 Seminole Pratt Whitney Road Loxahatchee, FL 33470 | - | | | | | | | | 3,000.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| J.I.T. Toyota Lift 52 South Pearl Street PO Box 613 Frewsburg, NY 14738-0613 | - | | | | | | | | 212.38 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Jackson's Farming Company 3171 Ernest Williams Road Autryville, NC 28318 | - | | | | | | | X | 45,557.42 |
| Account No. | | | | | 2008 Goods and services | | | | |
| James Desiderio Inc. 550 Bailey Avenue Buffalo, NY 14206-3091 | - | | | | | | | X | 997.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Jeff Hiller 2480 Transit Road Apt. B Newfane, NY 14108 | - | | | | | | | | 490.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　50,256.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037　　　　　Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** _____,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Jenkins Farms**<br>**11022 Mooncrest Lane**<br>**Leesburg, FL 34788** | - | | **2008**<br>**Services** | | | | 26,262.00 |
| Account No.<br><br>**JH Wattles Inc. dba Willowbrook Farms**<br>**92 Niagara Frontier Food Terminal**<br>**Buffalo, NY 14206** | - | | **2008**<br>**Goods and services** | | | | 4,059.37 |
| Account No.<br><br>**Joe Mason**<br>**8603 West Lake Road**<br>**Lake City, PA 16423** | - | | **2008**<br>**Goods and services** | | | | 2,689.00 |
| Account No.<br><br>**Joe Siler**<br>**2520 Pee Dee Road**<br>**North Java, NY 14113** | - | | **2008**<br>**Goods and services** | | | | 305.20 |
| Account No.<br><br>**Joel Hamlett**<br>**PO Box 223**<br>**Sheridan, NY 14135** | - | | **2008**<br>**Goods and services** | | | | 44,194.85 |

Sheet no. __16__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

77,510.42

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** _____,  Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**John B. Ordille, Inc.**<br>**PO Box 181**<br>**Hammonton, NJ 08037** | - | | | **2008**<br>**Goods and services** | | | X | 117,021.25 |
| Account No.<br><br>**John B. Watson Farm**<br>**PO Box 515**<br>**Gasport, NY 14067** | - | | | **2008**<br>**Goods and services** | | | | 13,277.15 |
| Account No.<br><br>**John Gieza**<br>**1443 Fairplane Road**<br>**Lake City, PA 16423** | - | | | **2007**<br>**Goods and services** | | | | 7,527.76 |
| Account No.<br><br>**Kappus Farms, Inc.**<br>**6285 Jockey Road**<br>**Burt, NY 14028** | - | | | **2008**<br>**Goods and services** | | | | 569.00 |
| Account No.<br><br>**Keaton & Associates, P.C.**<br>**1278 W. Northwest Hwy**<br>**Suite 903**<br>**Palatine, IL 60067** | - | | | **2008**<br>**Attorneys for Kenneth Alexander Produce Sales, LLC dba Alexander Produce Sales** | | | X | 1.00 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **138,396.16**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Goods and services | | | | |
| Kenneth Alexander Produce Sales, LLC dba Alexander Produce Sales PO Box 269 Vardaman, MS 38878 | - | | | | | | | 14,602.50 |
| Account No. | | | | 2008 Services | | | | |
| Langford Testing & Consulting 52 Berry Road Fredonia, NY 14063 | - | | | | | | | 260.00 |
| Account No. | | | | 2007 Goods and services | | | | |
| Leonard's Express PO Box 847055 Boston, MA 02284-7055 | - | | | | | | X | 6,490.00 |
| Account No. | | | | 2008 Goods and services | | | | |
| Lisa's Green House 316 Stoney Brook Road Orchard Park, NY 14127 | - | | | | | | | 630.30 |
| Account No. | | | | 2007 Goods and services | | | | |
| Martens Packing Co. PO Box 428 1323 Towpath Road Port Byron, NY 13140 | - | | | | | | | 4,220.00 |

Sheet no. __18__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,202.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re   **Lenny Perry's Produce Inc.**                                          ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2008 Attorneys for Jackson's Farming Company and for John B. Ordille, Inc. | | | X | |
| Martyn and Associates Tenth Floor 820 Superior Avenue, NW Cleveland, OH 44113 | | | | | | | | 1.00 |
| Account No. | | - | | 2008 Goods and services | | | | |
| Mayer Brothers Fine Beverages 3300 Transit Road Buffalo, NY 14224 | | | | | | | | 1,957.00 |
| Account No. | | - | | 2008 Goods and services | | | X | |
| McDaniel Fruit Co. PO Box 2588 Fallbrook, CA 92088 | | | | | | | | 640.00 |
| Account No. | | - | | 2008 Goods and services | | | X | |
| McNiff International Foods, Inc. dba Bay Fresh Produce Co. 2095 Jerrold Avenue #310 San Francisco, CA 94124 | | | | | | | | 2,668.50 |
| Account No. | | - | | 2008 Goods and services | | | | |
| Mike Porter PO Box 416 Elba, NY 14058 | | | | | | | | 264.50 |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,531.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** _____ ,  Case No. _____

                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Milton Maines**<br>**12130 Versailles Road**<br>**Irving, NY 14081** | - | | **2008**<br>**Goods and services** | | | | 1,088.95 |
| Account No.<br><br>**Modern Disposal**<br>**4746 Model City Road**<br>**PO Box 209**<br>**Model City, NY 14107-0209** | - | | **2008**<br>**Goods and services** | | | | 308.22 |
| Account No.<br><br>**Nash Produce Company, Inc.**<br>**6160 South NC 58**<br>**Nashville, NC 27856** | - | | **2008**<br>**Goods and services** | | | | 2,200.00 |
| Account No.<br><br>**New York State Insuarnce Fund**<br>**Worker's Compensation**<br>**PO Box 4788**<br>**Syracuse, NY 13221-4788** | - | | **2007-2008**<br>**Workers Compensation Insurance** | | | | 57,854.76 |
| Account No.<br><br>**NextGen Telephone, Inc.**<br>**PO Box 36230**<br>**Newark, NJ 07188-6230** | - | | **2008**<br>**Telephone services** | | | | 247.91 |

Sheet no. __20__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **61,699.84**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**
,  Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Rent and associated costs | | | | |
| Nlagara Frontier Food Terminal, Inc. 104 Niagara Frontier Food Terminal Buffalo, NY 14206 | - | | | | | | | X | 42,959.70 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Norbert Heichberger 8067 Lower East Hill Road Colden, NY 14033 | - | | | | | | | | 529.45 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Norman Brenner 2931 Langford Road North Collins, NY 14111 | - | | | | | | | | 2,627.60 |
| Account No. | | | | | 2007-2008 Goods and services | | | | |
| Northern Fruit PO Box 1986 Wenatchee, WA 98807 | - | | | | | | | | 4,835.55 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Orton Farms 10646 Route 20 Ripley, NY 14775 | - | | | | | | | | 1,037.00 |

Sheet no. __21__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**51,989.30**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**
_____ ,   Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | |
| **Pacific Sales Company** PO Box 9869 Fresno, CA 93794 | - | | Goods and services | | | | 350.00 |
| Account No. | | | 2008 | | | | |
| **Patrick's Farms** PO Box 518 Omega, GA 31775 | - | | Goods and services | | | | 991.50 |
| Account No. | | | 2008 | | | | |
| **PBI Logistics Inc.** 9708 Summitview Avenue Yakima, WA 98908-8700 | - | | Goods and services | | | | 5,409.75 |
| Account No. | | | 2008 | | | | |
| **Pier 27** 21360 Bathurst Holland Landing, Ontario L9N 1P6 Canada | - | | Goods and services | | | | 33,931.75 |
| Account No. | | | 2008 | | | | |
| **Pioneer Growers Cooperative** 227 NW Avenue L Belle Glade, FL 33430 | - | | Goods and services | | | X | 6,652.60 |
| Sheet no. __22__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | 47,335.60 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

In re __Lenny Perry's Produce Inc._____,  Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Goods and services | | | | |
| Pismo Oceano Vegetable Exchange PO Box 368 Oceano, CA 93745 | - | | | | | | X | |
| | | | | | | | | 4,843.70 |
| Account No. | | | | 2007-2008 Goods and services | | | | |
| Pro-Fruit Marketing Incorporated 1 Kalisa Way Suite 211 Paramus, NJ 07652 | - | | | | | | X | |
| | | | | | | | | 521.50 |
| Account No. | | | | 2008 Goods and services | | | | |
| R.D. Scheible & Son Inc. 1441 Clinton Street Buffalo, NY 14206 | - | | | | | | | |
| | | | | | | | | 1,247.90 |
| Account No. | | | | 2008 Goods and services | | | | |
| R.M. Zingler 1479 Kendall Road Kendall, NY 14476 | - | | | | | | | |
| | | | | | | | | 1,252.50 |
| Account No. | | | | 2008 Goods and services | | | | |
| Red Isle Produce Co. Ltd. 5 MacAleer Drive Charlottetown, PEI C1E 2A1 Canada | - | | | | | | | |
| | | | | | | | | 37,466.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,331.60

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re **Lenny Perry's Produce Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 | | | | |
| Reliable Office Supplies 135 S. LsSalle Street Dept. 8001 Chicago, IL 60674-8001 | - | | | Goods and services | | | | 1,527.49 |
| Account No. | | | | 2008 | | | | |
| Robert Marinaro dba Sunny Fresh Citrus 2101 15th Avenue Vero Beach, FL 32960 | - | | | Goods and services | | | X | 4,917.44 |
| Account No. | | | | 2008 | | | | |
| Roberto Fred 10655 Temple Road Dunkirk, NY 14048 | - | | | Goods and services | | | | 3,990.30 |
| Account No. | | | | 2008 | | | | |
| Roger Lamont Farms 3031 Densmore Road Albion, NY 14411 | - | | | Goods and services | | | | 12,775.60 |
| Account No. | | | | 2008 | | | | |
| Ronald Draudt & Sons 4779 Clark Street Hamburg, NY 14075 | - | | | Goods and services | | | | 2,253.50 |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     25,464.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2008 | | | | |
| Russ Bentley 285 N. Main Street Lyndonville, NY 14098 | | - | Goods and services | | | | 857.50 |
| Account No. | | | 2007-2008 | | | | |
| Russell Farms Inc. 2206 Hess Road Appleton, NY 14008 | | - | Goods and services | | | | 30,890.00 |
| Account No. | | | 2008 | | | | |
| Sam Paterson PO Box 3838 Plant City, FL 33566 | | - | Goods and services | | | | 14,405.00 |
| Account No. | | | 2008 | | | | |
| Sander's Market Fresh Foods 826 N. Center St. Corry, PA 16407 | | - | Goods and services | | | | 594.42 |
| Account No. | | | 2008 | | | | |
| Sanzone Brokerage, Inc. 3704 US Highway 301 N Suite 7 Ellenton, FL 34222 | | - | Goods and services | | | | 3,980.00 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

50,726.92

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**  ,  Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | 2008 Goods and services | | | | |
| Schwab Farm LLC PO Box 342 Gasport, NY 14067 | - | | | | | | | | 36,832.70 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Scott Andrusz 195 N. Maple Drive Buffalo, NY 14221 | - | | | | | | | | 3,596.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Scott's Farm & Greenhouse 6029 Route 60 Sinclairville, NY 14782 | - | | | | | | | | 567.00 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Shipping Point Marketing 9633 S. 48th Street Suite 195 Phoenix, AZ 85044 | - | | | | | | | | 23,713.37 |
| Account No. | | | | | 2008 Goods and services | | | | |
| Source One Produce Inc. 1033 N. Palm Street Visalia, CA 93292 | - | | | | | | | X | 17,841.05 |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

82,550.12

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Lenny Perry's Produce Inc.**                                                      ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**SS Transportation LLC**<br>**4424 E. Kentucky Street**<br>**Tucson, AZ 85714** | - | | **2008**<br>**Goods and services** | | | | **2,985.00** |
| Account No.<br><br>**Standage Farms**<br>**1825 Hwy 20**<br>**Vale, OR 97918** | - | | **2008**<br>**Goods and services** | | | | **955.50** |
| Account No.<br><br>**Suwannee Farms**<br>**19620 N County Road 349**<br>**O Brien, FL 32071** | - | | **2007**<br>**Goods and services** | | | | **9,646.20** |
| Account No.<br><br>**Syracuse Banana**<br>**900 Wolf Street**<br>**Syracuse, NY 13208** | - | | **2008**<br>**Goods and services** | | | | **5,999.30** |
| Account No.<br><br>**Tarantino Foods**<br>**530 Bailey Avenue**<br>**Buffalo, NY 14206** | - | | **2008**<br>**Goods and services** | | | | **332.05** |

Sheet no. __27__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,918.05**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re   **Lenny Perry's Produce Inc.** _____,   Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2008 Goods and services | | | | |
| Thruway Produce of Florida 230 South Powerline Road Deerfield Beach, FL 33442 | - | | | | | | | |
| | | | | | | | | 3,766.75 |
| Account No. | | | | 2008 Goods and services | | | | |
| Top Trellis 11910 East Main Road PO Box 31 North East, PA 16428 | - | | | | | | X | |
| | | | | | | | | 3,985.00 |
| Account No. | | | | 2008 Goods and services | | | | |
| Turlock Fruit PO Box 130 Turlock, CA 95381 | - | | | | | | | |
| | | | | | | | | 875.00 |
| Account No. | | | | 2008 Government inspection services | | | | |
| USDA, AMS, F&V Fresh Branch PO Box 790306 Saint Louis, MO 63179-0306 | - | | | | | | | |
| | | | | | | | | 2,774.72 |
| Account No. | | | | 2008 Goods and services | | | | |
| V&D Farms 34 Cider Creek Circle Rochester, NY 14616 | - | | | | | | | |
| | | | | | | | | 504.00 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **11,905.47**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Lenny Perry's Produce Inc.**                                    ,     Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Vince Coletta**<br>**PO Box 156**<br>**Harborcreek, PA 16421** | - | | **2008**<br>**Goods and services** | | | | 1,747.15 |
| Account No.<br><br>**Wagner's Farm and Market Inc.**<br>**2672 Lockport Road**<br>**Sanborn, NY 14132** | - | | **2008**<br>**Goods and services** | | | | 2,759.90 |
| Account No.<br><br>**Weis-Buy Farms, Inc.**<br>**6225 Presidential Court**<br>**Suite D**<br>**Fort Myers, FL 33919** | - | | **2008**<br>**Goods and services** | | | X | 56,000.00 |
| Account No.<br><br>**Weiss Farms**<br>**7882 East Eden Road**<br>**Eden, NY 14057** | - | | **2008**<br>**Goods and services** | | | | 618.05 |
| Account No.<br><br>**Wendell Roberson Farms**<br>**35 Hickory Spring Church Road**<br>**Tifton, GA 31793** | - | | **2008**<br>**Goods and services** | | | | 3,951.00 |

Sheet no. __29__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **65,076.10**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re  **Lenny Perry's Produce Inc.**
_____,  Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | 2007 Goods and services | | | | |
| Wilson Family Farm, LTD 7849 County Road 214 Saint Augustine, FL 32092 | | | | | | | | | 2,120.00 |
| Account No. | | | - | | 2008 Goods and services | | | | |
| Wings Landing Farms 6370 Bell Creek Road Preston, MD 21655 | | | | | | | | | 26,636.00 |
| Account No. | | | - | | 2008 Goods and services | | | | |
| Zehr Farms Inc. 6178 Jacques Road Lockport, NY 14094 | | | | | | | | | 21,166.00 |
| Account No. | | | - | | 2008 Goods and services | | | | |
| Zittle & Sons 3065 Bley Road Eden, NY 14057 | | | | | | | | | 487.50 |
| Account No. | | | | | | | | | |

Sheet no. __30__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 50,409.50 |
| Total (Report on Summary of Schedules) | | 1,638,519.79 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re   **Lenny Perry's Produce Inc.**                   ,     Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

0
continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

In re   **Lenny Perry's Produce Inc.**              ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Leonard Perry**<br>**102 Smith Street**<br>**Buffalo, NY 14210**<br>  **Lawsuit - named as codefendant** | **Weis-Buy Farms, Inc.**<br>**6225 Presidential Court**<br>**Suite D**<br>**Fort Myers, FL 33919** |
| **Leonard Perry**<br>**102 Smith Street**<br>**Buffalo, NY 14210**<br>  **Lawsuit - named as co-defendant** | **John B. Ordille, Inc.**<br>**PO Box 181**<br>**Hammonton, NJ 08037** |
| **Leonard Perry**<br>**102 Smith Street**<br>**Buffalo, NY 14210**<br>  **Lawsuit - named as codefendant** | **Kenneth Alexander Produce Sales, LLC**<br>**dba Alexander Produce Sales**<br>**PO Box 269**<br>**Vardaman, MS 38878** |
| **Leonard Perry**<br>**102 Smith Street**<br>**Buffalo, NY 14210** | **Brigiotta Farmland**<br>**410-414 Fairmont Avenue**<br>**Jamestown, NY 14701** |
| **Leonard Perry**<br>**102 Smith Street**<br>**Buffalo, NY 14210**<br>  **Lawsuit - named as codefendant** | **DeCarolis Truck Rental**<br>**333 Colbox Street**<br>**Rochester, NY 14606-3188** |
| **Leonard Perry**<br>**102 Smith Street**<br>**Buffalo, NY 14210**<br>  **Lawsuit - named as codefendant** | **Jackson's Farming Company**<br>**3171 Ernest Williams Road**<br>**Autryville, NC 28318** |
| **Leonard Perry**<br>**102 Smith Street**<br>**Buffalo, NY 14210**<br>  **Federal administrative proceeding** | **Pioneer Growers Cooperative**<br>**227 NW Avenue L**<br>**Belle Glade, FL 33430** |

0

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re    **Lenny Perry's Produce Inc.**                 Case No. _____

                                      Debtor(s)      Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **47** ___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 27, 2009** _____        Signature    **/s/ Leonard Perry** _____

                                                        **Leonard Perry**
                                                        **CEO**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of New York

In re  **Lenny Perry's Produce Inc.**                                        Case No.
                                            Debtor(s)        Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|
| **$0.00** | **2009 - anticipated operating loss** |
| **$0.00** | **2008 - anticipated operating loss** |
| **$0.00** | **2007 - operating loss** |

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.　*Individual or joint debtor(s) with primarily consumer debts.*　List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b.　*Debtor whose debts are not primarily consumer debts:*　List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Weis-Buy Farms, Inc.**<br>**6225 Presidential Court**<br>**Suite D**<br>**Fort Myers, FL 33919** | **November - December 2008** | **$49,000.00** | **$56,000.00** |
| **Brigiotta Farmland**<br>**410-414 Fairmont Avenue**<br>**Jamestown, NY 14701** | **January 2009** | **$6,148.58** | **$0.00** |
| **Frank Minado Inc.**<br>**PO Box 20457**<br>**Mesa, AZ 85277-0457** | **November 2008-January 2009** | **$7,649.00** | **$7,871.91** |
| **HSBC Bank**<br>**PO Box 4023**<br>**Buffalo, NY 14240-4023** | **November 2008-December 2008** | **$10,461.00** | **$206,173.00** |

None ■ c.　*All debtors:*　List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| John B. Ordille, Inc. and Jackson's Farming Company v. Lenny Perry's Produce, Inc. and Leonard R. Perry | PACA lawsuit | Federal court | pending |
| Weis-Buy Farms, Inc. v Lenny Perry's Produce, Inc. dba Perry's Produce, Inc. and Leonard Perry | PACA lawsuit | Federal court | pending |
| Kenneth Alexander Produce Sales, LLC dba Alexander Produce Sales v Lenny Perry's Produce, Inc. dba Perry's Produce, Inc. and Leonard Perry | PACA lawsuit | Federal court | pending |
| DeCarolis Truck Rental, Inc. v Leonard R. Perry and Lenny Perry's Produce Inc. | Collection action | State court | pending |
| Leonard's Express, Inc. v Lenny Perry's Produce, Inc. | Collection action | State court | pending |
| Niagara Frontier Food Terminal, Inc. v Lenny Perry's Produce Inc. | Collection action | State court | pending |
| Lenny Perry's Produce, Inc. v Dan Majeski Nurseries & Garden Center and 117 French Rd., Inc. | Collection action | State court | Default Judgment |
| Lenny Perry's Produce, Inc. v Paul Lavocat | Collection action | State court | settled |
| Lenny Perry's Produce, Inc. v Nathan Harris dba Harris Farms | Collection action | State court | settled |
| Lenny Perry's Produce, Inc v Nicky G's Sports Bar & Grill Inc. | Collection action | State court | settled |
| Lenny Perry's Produce, Inc. v Brian Monahan | Collection action | State court | Complaint withdrawn without prejudice |
| Lenny Perry's Produce, Inc. v Nadine Carr | Collection action | State court | settled |
| Lenny Perry's Produce, Inc. v Diane Carr and Garry Carr | Collection action | State court | settled |
| Lenny Perry's Produce, Inc. v Freshco Foods, Inc. and Frank Morabito | Collection action | State court | Default Judgment |
| Lenny Perry's Produce, Inc. v 411 Maryvale, Inc. dba Market Place at the Heights | Collection action | State court | Default Judgment |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lenny Perry's Produce, Inc. v SM & JJ Enterprises Inc. dba Sammy's Floral Fruit and Gourmet Creation** | **Collection action** | **State court** | **pending** |
| **Pioneer Growers v Lenny Perry's Produce Inc. and Leonard Perry** | **PACA claim** | **Federal proceeding** | **pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| **1998 Chrysler Concorde** | **Automobile accident** | **July 2008** |

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Sam Birthwith Jr.**<br><br>**former employee** | **2008** | **1998 Chrysler Concorde damaged in accident - $150.00** |
| **Patricia Perry**<br><br>**wife** | **2008** | **1999 Chevy Blazer - $1600.00** |
| **A.T.M. Supply Co.**<br>**1685 Elmwood Ave.**<br>**Buffalo, NY 14207**<br>**vendor** | **November-December 2008** | **Storage trailer, dock plates, propane heaters, jacks, battery chargers and propane gas tank - $1,990.00** |
| **Mike Altman**<br>**161 Niagara Frontier Food Terminal**<br>**Buffalo, NY 14206**<br>**vendor** | **2008** | **Electric jack and generator - $1,800.00** |
| **David Haas Produce**<br>**Buffalo, NY**<br>**vendor** | **2008** | **Hand jacks, electric scale, floor scale, empty wax boxes, tow motor, air compressor, sump pump, pressure sprayer and boxes of wheels - $2,769.00** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
■ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **David Haas Produce** | **November 2008** | **$2,769.00** |
| **Mike Altman** | **November 2008** | **$1,800.00** |
| **Sunset Food and Vegetables** | **October 2008** | **$2,393.00** |
| **Dave Winters** | **October 2008** | **$297.00** |

**14. Property held for another person**

None
■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **173 Niagara Frontier Food Terminal, Buffalo, New York** | **Lenny Perry's Produce, Inc.** | **2004-2008** |

**16. Spouses and Former Spouses**

None
■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lenny Perry's Produce, Inc.** | 51-0504847 | **102 Smith Street Buffalo, NY 14210** | **Fruit and produce sales** | **2004-2008** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                              ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                              DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                                          DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                              DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Leonard Perry** | **President & CEO** | **100%** |
| **102 Smith Street** |  |  |
| **Buffalo, NY 14210** |  |  |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **January 27, 2009**                    Signature  **/s/ Leonard Perry**
                                                          **Leonard Perry**
                                                          **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Western District of New York

In re    **Lenny Perry's Produce Inc.**      Case No. _____

                Debtor(s)       Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept................................................................. | $ | **2,400.00** |
   | Prior to the filing of this statement I have received.................................................... | $ | **2,400.00** |
   | Balance Due................................................................................................................. | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **Patricia Perry**

3.   The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **Payment of all photocopy, courier, travel and petition preparation fees. One appearance at the 341 meeting of creditors, and if applicable, one appearance at the confimation hearing. If required, 522f motions and or pond motions.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **All additional services shall be rendered at the hourly rate of $175.00. Additional services include but are not limited to defense of AP's, claim objections and stay proceedings**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **January 27, 2009**           **/s/ Robert R. Radel**
                                           **Robert R. Radel**
                                           **Robert R. Radel, Attorney At Law**
                                           **88 West Utica Street**
                                           **Buffalo, New York 14209**
                                           **(716) 883-4800 Fax: (716) 883-8415**
                                           **RobertRRadelEsq@MSN.com**

# United States Bankruptcy Court
## Western District of New York

In re    __Lenny Perry's Produce Inc.__          Case No.    _____

                                       Debtor(s)      Chapter    __7__    _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __January 27, 2009__              __/s/ Leonard Perry__

                                           __Leonard Perry__/__CEO__
                                           Signer/Title

Aaron, Dautch, Sternberg & Lawson, LLP
43 Court Street
Suite 730
Buffalo, NY 14202


AIG
22427 Network Place
Chicago, IL 60673-1224


AIM National Lease
25 Dingens Street
Buffalo, NY 14206


Albert's Refrigeration
278 Schwartz Road
Lancaster, NY 14086


All State Packers
PO Box 350
Lodi, CA 95241


Amco Produce
523 Wilkinson Drive
PO Box 61
Leamington, Ontario N8H 1A6 Canada


Arlene Schwab
PO Box 342
Gasport, NY 14067


Badding Bros.
10850 Transit Road
East Amherst, NY 14051


Big M Service Trucking Inc.
1287 Tanglewood Drive
North Tonawanda, NY 14120


Bland Farms
1126 Raymond Blond Road
Glennville, GA 30427


Blue Book Services
845 E. Geneva Road
Carol Stream, IL 60188-3520

Boulevard Produce
655 Young Street
Tonawanda, NY 14150


Bowman Farms
11259 Gowanda State Road
North Collins, NY 14111


Boylan Brown etal
2400 Chase Square
Rochester, NY 14604


Bradley Transportation
4424 E. Ky. St.
Tucson, AZ 85714


Brigiotta Farmland
410-414 Fairmont Avenue
Jamestown, NY 14701


Brooks Tropicals Inc.
18400 S. W. 256 TK Street
PO Box 900160
Homestead, FL 33090


Buccolo Cold Storage, Inc.
dba Niagara Fresh Fruit
5796 Wilson-Burt Road
Burt, NY 14028


Buffalo Truck Leasing
271 Dingens Street
Buffalo, NY 14206


Bulan Chiari Horwitz & Ilecki LLP
1321 Millersport Hwy
Suite 101
Buffalo, NY 14221


Burch Farms
PO Box 389
685 Burch Road
Faison, NC 28341

Carl Meyers
3604 Upper Mountain Road
Sanborn, NY 14132


CBS Express Freight Inc.
PO Box 41
Eden, NY 14057


Centre Maraicher
555 Rang 4
Sainte Clotilde Quebec J0L 1N0 Canada


Chudy Paper
930 Bailey Avenue
Buffalo, NY 14206


CJ Prettyman
PO Box 665
Exmore, VA 23350


Colby Homestead Farms Inc.
263 Colby Street
Spencerport, NY 14559-9760


Commercial Capital Lending LLC
PO Box 41047
Baton Rouge, LA 70835


Crown Harvest Produce Sales LLC
2811 Airport Road
Plant City, FL 33563


Crystal Rock
PO Box 10028
Waterbury, CT 06725-0028


Dan Tower
1647 Youngstown Road
Youngstown, NY 14174


Dave Blair
3060 Bullis Road
Elma, NY 14059

Dean Tucker Farms Produce Inc.
PO Box 774
Sumner, GA 31789


DeCarolis Truck Rental
333 Colbox Street
Rochester, NY 14606-3188


DeConick Farms
255 Pine Hill Road
Spencerport, NY 14559


Dell Business Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275


Diel Jerue Inc.
3200 Flightline Drive
Suite 202
Lakeland, FL 33811-2807


Domey Farms
3291 Drake Street Rd.
Oakfield, NY 14125


Don Bentley
10699 Waterbury
Lyndonville, NY 14098


Double Down
117 Roycroft Blvd.
Buffalo, NY 14226


E.D. Farrell Co. Inc.
PO Box 74387
Cleveland, OH 44194-4387


Eagle Fruit Traders LLC
314 Main Street
Unit 108
Wilmington, MA 01887

Eastern Oregon Produce
2445 12th Ave. East
Vale, OR 97918


Ebenezer Florist & Greenhouse
1347 Union Road
Buffalo, NY 14224


Eden Vally Growers
7502 North Gowanda State Road
PO Box 39
Eden, NY 14057


Ellis Fruit Farm
4272 Lower Mountain Road
Lockport, NY 14094


ESSA Transport LLC
660 Howard Street
Buffalo, NY 14206


Evan Schiedel
10345 West Side Hill Road
Ripley, NY 14775


Exeter Produce
215 Thames Rd. W.
Exeter, Ontario N0M 1S3 Canada


F&D Brokerage of Buffalo Inc.
PO Box 1042
Buffalo, NY 14240-1042


Fish Farms
4494 Mountain Payne Road
Shortsville, NY 14548


Fortune Growers
PO Box 957585
Hoffman Estates, IL 60195-7585


Four Winds Truck Brokers Inc.
PO Box 603
1160 SW 9th Ave.
Ontario, OR 97914

Frank Minardo Inc.
PO Box 20457
Mesa, AZ 85277-0457


Freatman Farms
3699 North Ridge Road
Lockport, NY 14094


Fresh Start Marketing LLC
2601 Macklind Avenue
Saint Louis, MO 63139


Gemco Produce
PO Box 6720
Nogales, AZ 85628


Gene Demeyer
182 Butcher Road
Hilton, NY 14468


Genecco Produce
1850 Rochester Road
Canandaigua, NY 14424


Getman Biryla, LLP
800 Rand Building
14 Lafayette Square
Buffalo, NY 14203


Global Payments
10705 Red Run Boulevard
Owings Mills, MD 21117-5134


Hagerty & Brady
69 Delaware Avenue
Suite 1010
Buffalo, NY 14202


Halfmoon Express, Inc.
1323 W. Chateau Ave.
Anaheim, CA 92802-1723


Halls Produce
5118 Route 219
Great Valley, NY 14741

Halstead Vegetable Farm
3504 Beebe Road
Newfane, NY 14108


Health Works WNY, LLP
14973 Collections Center Drive
Chicago, IL 60693


Hernoor Orchards LLC
877 Robin Road
Buffalo, NY 14228


Hitachi
21925 Network Place
Chicago, IL 60673-1219


HSBC Bank
PO Box 4023
Buffalo, NY 14240-4023


I Love Produce LLC
PO Box 140
Kelton, PA 19346-6140


Ian Forbes
PO Box 159
Versailles, NY 14168


Irish Propane Corp.
PO Box 409
Buffalo, NY 14212-0409


IRS
PO Box 21126
Philadelphia, PA 19114


J&J Produce
4003 Seminole Pratt Whitney Road
Loxahatchee, FL 33470


J.C. Hamlett Farms
PO Box 223
Sheridan, NY 14135

J.I.T. Toyota Lift
52 South Pearl Street
PO Box 613
Frewsburg, NY 14738-0613


Jackson's Farming Company
3171 Ernest Williams Road
Autryville, NC 28318


James Desiderio Inc.
550 Bailey Avenue
Buffalo, NY 14206-3091


Jeff Hiller
2480 Transit Road
Apt. B
Newfane, NY 14108


Jenkins Farms
11022 Mooncrest Lane
Leesburg, FL 34788


JH Wattles Inc. dba Willowbrook Farms
92 Niagara Frontier Food Terminal
Buffalo, NY 14206


Joe Mason
8603 West Lake Road
Lake City, PA 16423


Joe Siler
2520 Pee Dee Road
North Java, NY 14113


Joel Hamlett
PO Box 223
Sheridan, NY 14135


John B. Ordille, Inc.
PO Box 181
Hammonton, NJ 08037


John B. Watson Farm
PO Box 515
Gasport, NY 14067

John Gieza
1443 Fairplane Road
Lake City, PA 16423


Kappus Farms, Inc.
6285 Jockey Road
Burt, NY 14028


Keaton & Associates, P.C.
1278 W. Northwest Hwy
Suite 903
Palatine, IL 60067


Kenneth Alexander Produce Sales, LLC
dba Alexander Produce Sales
PO Box 269
Vardaman, MS 38878


Langford Testing & Consulting
52 Berry Road
Fredonia, NY 14063


Leonard Perry
102 Smith Street
Buffalo, NY 14210


Leonard's Express
PO Box 847055
Boston, MA 02284-7055


Leonard's Express
PO Box 25130
Farmington, NY 14425


Lisa's Green House
316 Stoney Brook Road
Orchard Park, NY 14127


Martens Packing Co.
PO Box 428
1323 Towpath Road
Port Byron, NY 13140

Martyn and Associates
Tenth Floor
820 Superior Avenue, NW
Cleveland, OH 44113


Mayer Brothers Fine Beverages
3300 Transit Road
Buffalo, NY 14224


McDaniel Fruit Co.
PO Box 2588
Fallbrook, CA 92088


McNiff International Foods, Inc.
dba Bay Fresh Produce Co.
2095 Jerrold Avenue #310
San Francisco, CA 94124


Mike Porter
PO Box 416
Elba, NY 14058


Milton Maines
12130 Versailles Road
Irving, NY 14081


Modern Disposal
4746 Model City Road
PO Box 209
Model City, NY 14107-0209


Nash Produce Company, Inc.
6160 South NC 58
Nashville, NC 27856


New York State Insuarnce Fund
Worker's Compensation
PO Box 4788
Syracuse, NY 13221-4788


NextGen Telephone, Inc.
PO Box 36230
Newark, NJ 07188-6230

NIagara Frontier Food Terminal, Inc.
104 Niagara Frontier Food Terminal
Buffalo, NY 14206


Norbert Heichberger
8067 Lower East Hill Road
Colden, NY 14033


Norman Brenner
2931 Langford Road
North Collins, NY 14111


Northern Fruit
PO Box 1986
Wenatchee, WA 98807


NYS Dept of Tax & Finance
Bankruptcy Unit
PO Box 5300
Albany, NY 12205-0300


Orton Farms
10646 Route 20
Ripley, NY 14775


Pacific Sales Company
PO Box 9869
Fresno, CA 93794


Patrick's Farms
PO Box 518
Omega, GA 31775


PBI Logistics Inc.
9708 Summitview Avenue
Yakima, WA 98908-8700


Pier 27
21360 Bathurst
Holland Landing, Ontario L9N 1P6 Canada


Pioneer Growers Cooperative
227 NW Avenue L
Belle Glade, FL 33430

Pismo Oceano Vegetable Exchange
PO Box 368
Oceano, CA 93745

Pro-Fruit Marketing Incorporated
1 Kalisa Way
Suite 211
Paramus, NJ 07652

R.D. Scheible & Son Inc.
1441 Clinton Street
Buffalo, NY 14206

R.M. Zingler
1479 Kendall Road
Kendall, NY 14476

Red Isle Produce Co. Ltd.
5 MacAleer Drive
Charlottetown, PEI C1E 2A1 Canada

Reliable Office Supplies
135 S. LsSalle Street
Dept. 8001
Chicago, IL 60674-8001

Robert Marinaro dba Sunny Fresh Citrus
2101 15th Avenue
Vero Beach, FL 32960

Roberto Fred
10655 Temple Road
Dunkirk, NY 14048

Roger Lamont Farms
3031 Densmore Road
Albion, NY 14411

Ronald Draudt & Sons
4779 Clark Street
Hamburg, NY 14075

Russ Bentley
285 N. Main Street
Lyndonville, NY 14098

Russell Farms Inc.
2206 Hess Road
Appleton, NY 14008


Sam Paterson
PO Box 3838
Plant City, FL 33566


Sander's Market Fresh Foods
826 N. Center St.
Corry, PA 16407


Sanzone Brokerage, Inc.
3704 US Highway 301 N
Suite 7
Ellenton, FL 34222


Schwab Farm LLC
PO Box 342
Gasport, NY 14067


Scott Andrusz
195 N. Maple Drive
Buffalo, NY 14221


Scott's Diesel Solutions, Inc.
2298 Kenmore Avenue
Buffalo, NY 14207


Scott's Farm & Greenhouse
6029 Route 60
Sinclairville, NY 14782


Shipping Point Marketing
9633 S. 48th Street
Suite 195
Phoenix, AZ 85044


Source One Produce Inc.
1033 N. Palm Street
Visalia, CA 93292


SS Transportation LLC
4424 E. Kentucky Street
Tucson, AZ 85714

Standage Farms
1825 Hwy 20
Vale, OR 97918


Suwannee Farms
19620 N County Road 349
O Brien, FL 32071


Syracuse Banana
900 Wolf Street
Syracuse, NY 13208


Tarantino Foods
530 Bailey Avenue
Buffalo, NY 14206


Thruway Produce of Florida
230 South Powerline Road
Deerfield Beach, FL 33442


Top Trellis
11910 East Main Road
PO Box 31
North East, PA 16428


Turlock Fruit
PO Box 130
Turlock, CA 95381


Twin Palms Trucking
PO Box 41047
Baton Rouge, LA 70835


USDA, AMS, F&V Fresh Branch
PO Box 790306
Saint Louis, MO 63179-0306


V&D Farms
34 Cider Creek Circle
Rochester, NY 14616


Vince Coletta
PO Box 156
Harborcreek, PA 16421

Wagner's Farm and Market Inc.
2672 Lockport Road
Sanborn, NY 14132

Weis-Buy Farms, Inc.
6225 Presidential Court
Suite D
Fort Myers, FL 33919

Weiss Farms
7882 East Eden Road
Eden, NY 14057

Wendell Roberson Farms
35 Hickory Spring Church Road
Tifton, GA 31793

Wilson Family Farm, LTD
7849 County Road 214
Saint Augustine, FL 32092

Wings Landing Farms
6370 Bell Creek Road
Preston, MD 21655

Zehr Farms Inc.
6178 Jacques Road
Lockport, NY 14094

Zittle & Sons
3065 Bley Road
Eden, NY 14057

# United States Bankruptcy Court
## Western District of New York

In re  **Lenny Perry's Produce Inc.**

                    Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lenny Perry's Produce Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 27, 2009**

Date

**/s/ Robert R. Radel**

**Robert R. Radel**

Signature of Attorney or Litigant

Counsel for  **Lenny Perry's Produce Inc.**

**Robert R. Radel, Attorney At Law**

**88 West Utica Street**
**Buffalo, New York 14209**
**(716) 883-4800 Fax:(716) 883-8415**
**RobertRRadelEsq@MSN.com**